UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JIAN-JIAN REN,
          Plaintiff,

-vs-                                          Case No. 6:04-cv-257-Orl-18JGG

UNIVERSITY OF CENTRAL FLORIDA
BOARD OF TRUSTEES,
          Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Motion for Taxation of Costs (Doc. 38). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.

It is **SO ORDERED** in Orlando, Florida, this _____ day of August, 2005.

                                                        G. KENDALL SHARP
                                                        Senior United States District Judge

Copies to:

Counsel of Record
Hon. James G. Glazebrook United States Magistrate Judge